**CLARKSON LAW FIRM, P.C.**
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (231) 788-4070

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.B., T.M. and. R.A., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>7TABZ RETAIL, LLC, a Florida Corporation, 7TABZ DISTRIBUTION, LLC, a Florida Corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:26-cv-00440-JLS-DDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Z.B., T.M., and R.A., file this Notice of Voluntary Dismissal Without Prejudice as to their individual claims. No court order is necessary because Defendants have not filed an answer or motion for summary judgment in this matter.

DATED: March 11, 2026          **CLARKSON LAW FIRM, P.C.**

s/ *Yana Hart*
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

*Attorneys for Plaintiffs*